# EXHIBIT A

September 13, 2006 Employment Contract

## NON-TEACHING AGREEMENT

This Agreement made this,                  by and between St Regis Catholic School in the City of Bloomfield Hills, County of Oakland, Michigan (hereinafter referred to as the "School"), and **Melissa Bracco** (hereinafter referred to as Art Assistant).

St. Regis Catholic School employs the Art Assistant who agrees to the terms set forth herein and to the terms of said job description during the period of the school year commencing on **September 5, 2006** and ending on **June 9, 2007**.

In consideration of services, St. Regis Catholic School agrees to compensate the Art Assistant for the **2006-2007** school year at a salary of $250.00 per week, to be paid in equal installments.

This agreement may be terminated with two weeks written notice by mutual consent of the Pastor, Principal, and the Art Assistant.

Art Assist.: *Melissa A Bracco*     Date: 9/13/06

Principal: *Chris Ciagne*     Date: 9/13/06

Pastor: _____     Date: _____

September 2006

* Mrs Bracco does prefer a tuition credit rather than paychecks, if possible. CC MAE
* Wage for any Kids Club work also $12.50 an hr.
CC MAB