# EXHIBIT B

June 14, 2007 Employment Contract

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
Social Security Number

# PARAEDUCATOR ASSIGNMENT AGREEMENT

This Agreement made this 13th day of June, 2007, by and between St Regis Catholic School in the City of Bloomfield Hills, County of Oakland, Michigan (hereinafter referred to as the "School"), and **Melissa Bracco** (hereinafter referred to as the "Paraeducator").

## WITNESSETH:

Whereas, the School is willing, through its Principal, to give the Paraeducator an assignment and the Paraeducator is willing to accept the same;

**NOW, THEREFORE, IT IS AGREED:**

1. The School agrees to assign, and by the execution of the agreement, does assign, to the Paraeducator the following assignment:

   **RESPONSIBILITY**
   - _Art_ aide 5 days a week (19.5 hrs); attendance at Staff Meetings; <u>Staff Development Meetings</u>, as required.

2. The Paraeducator agrees to accept, and by execution does accept, the assignment(s) set out in paragraph (1) above, and agrees to perform such assignment(s) to the satisfaction of the Principal.
3. In consideration of services, St. Regis Catholic School agrees to compensate the Paraeducator for the **2007-2008** school year at a total salary of $ _9,500_ per year, to be paid in equal installments beginning on August **30, 2007** and ending on **June 15, 2008**. Any payable salary will be reduced by payroll deductions required by law and other amount authorized in writing by the Paraeducator. The Paraeducator will receive **10 personal paid days** from St. Regis Catholic School, any portion of which is unused may be rolled over the following year, up to a total of 60 days.

This agreement may be terminated with two weeks written notice by mutual consent of the Pastor, Principal, and the Paraeducator.

| Melissa Bracco | _Melissa A Bracco_ | 6/14/07 |
|---|---|---|
| **Paraeducator's Printed Name** | Signature | Date |
| _Chris Ciagne_ | _C. Ciagne_ | 6-14-07 |
| **Principal's Printed Name** | Signature | Date |
| | | |
| **Pastor's or Pastor Delegate's Printed Name** | Signature | Date |