# EXHIBIT C

June 9, 2008 Employment Contract

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
Social Security Number

## PARA-EDUCATOR ASSIGNMENT AGREEMENT

This Agreement made this 9-11th day of June, 2008, by and between St Regis Catholic School in the City of Bloomfield Hills, County of Oakland, Michigan (hereinafter referred to as the "School"), and **Melissa Bracco** (hereinafter referred to as the "Para-educator").

### WITNESSETH:

Whereas, the School is willing, through its Principal, to give the Para-educator an assignment and the Para-educator is willing to accept the same;

**NOW, THEREFORE, IT IS AGREED:**

1. The School agrees to assign, and by the execution of the agreement, does assign, to the Para-educator the following assignment:

    **RESPONSIBILITY**
    - _____Art_____ aide 5 days a week; attendance at Staff Meetings; Staff Development Meetings, as required.

2. The Para-educator agrees to accept, and by execution does accept, the assignment(s) set out in paragraph (1) above, and agrees to perform such assignment(s) to the satisfaction of the Principal.
3. In consideration of services, St. Regis Catholic School agrees to compensate the Para-educator for the **2008 - 2009** school year at a total salary of $ 9500 per year, to be paid in equal installments beginning on **August 30, 2008** and ending on **June 15, 2009**. Any payable salary will be reduced by payroll deductions required by law and other amount authorized in writing by the Para-educator. The Para-educator will receive **10 personal paid days** from St. Regis Catholic School, any portion of which is unused may be rolled over the following year, up to a total of 60 days.

This agreement may be terminated with two weeks written notice by mutual consent of the Pastor, Principal, and the Para-educator.

| Melissa Bracco | *Melissa A Bracco* | 6/9/08 |
|---|---|---|
| **Para-educator's Printed Name** | Signature | Date |
| Chris Ciagne | *C. Ciagne* | 6-9-08 |
| **Principal's Printed Name** | Signature | Date |
| Fr. Norman Nawrocki | *N. J. Nawrocki* | |
| **Pastor's Printed Name** | Signature | Date |

_____ IRS 409A Deferred Compensation Election form signed and attached.